IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JARRICK EARL DENEWILER,

    Plaintiff,

v.                                                                               No. 22-cv-631-DHU-KRS

SANTA FE COUNTY ADULT
DETENTION FACILITY,

    Defendant.

**ORDER EXTENDING AMENDMENT DEADLINE**

    This matter is before the Court on Plaintiff Jarrick Earl Denewiler's Motion for Time Extension to File an Amended Civil Complaint, filed July 24, 2023. (Doc. 27) (the "Motion"). In an Order entered on July 6, 2023, the Court set a thirty-day deadline for Denewiler to file an amended civil complaint. (Doc. 26). Before the deadline expired, Denewiler filed the present Motion seeking to extend the deadline by an additional thirty days. (Doc. 27). For the reasons stated in the Motion, the Court finds that the Motion is well taken and should be granted.

    **IT IS THEREFORE HEREBY ORDERED** that the Motion **(Doc. 27)** is **GRANTED**.

    **IT IS FURTHER ORDERED** that Denewiler shall have thirty days from the entry of this Order to file an amended complaint. Failure to file an amended complaint by the deadline may result in dismissal of this case without further notice.

_____
UNITED STATES DISTRICT JUDGE